TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-02-00630-CV






Susan Mahan, Appellant


v.


Franklin D. Puryear, Appellee






FROM THE DISTRICT COURT OF GRAYSON COUNTY, 59TH JUDICIAL DISTRICT

NO. 02-0738, HONORABLE RAY F. GRISHAM, JUDGE PRESIDING





M E M O R A N D U M O P I N I O N




 The parties have filed a joint motion informing this Court that they have settled their
dispute and they request that this Court reverse the judgment and remand the case to the district court
to be dismissed. The motion is granted.

 The district court's judgment is reversed and the case is remanded to the district court
for further proceedings.


 

 Bea Ann Smith, Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Reversed and Remanded on Joint Motion

Filed: January 16, 2003